Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▾

Lexington Division

Eastern District of Kentucky
**F I L E D**

JUL 2 9 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Wei Qiu | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ✔Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Board of Education of Woodford County Public Schools, | ) |
| *Kentucky* | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Wei Qiu |
| Street Address | 2398 Heather Way |
| City and County | Lexington Fayette County |
| State and Zip Code | KY 40503 |
| Telephone Number | 859 797 3859 |
| E-mail Address | wqiu2000@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                    Board of Education of Woodford County Public Schools, KY

Job or Title *(if known)*

Street Address                          330 PISGAH PIKE, VERSAILLES, KY 40383

City and County                         VERSAILLES, Woodford

State and Zip Code                      KY 40383

Telephone Number                        (859) 879-4600

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Woodford County High School |
| Street Address | 180 FRANKFORT ST, VERSAILLES, KY 40383 |
| City and County | VERSAILLES, Woodford |
| State and Zip Code | KY 40383 |
| Telephone Number | (859) 879-4630 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [✔] Relevant state law *(specify, if known)*:

    Kentucky Civil Rights ACT

- [ ] Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

July 6, 2021

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☑ national origin _____
- ☐ age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

1. Plaintiff Wei Qiu is an American citizen with origin of China. She is an excellent chemistry teacher and highly Praxis qualified to teach physics and math. She will be licensed for physics when she teaches physics by related Kentucky policy. She is qualified for defendant's physics position.

2. She applied for the AP physics position in spring 2020, and she got nothing for her application – not interviewed. Around school started, the job was reposted. Plaintiff contacted Mr. Garet Wells for the position, and she got nothing again. By defendant's position with EEOC, the position was withdrawn without being filled. Defendant does not like to hire a Chinese.

3. Plaintiff applied for the physics position on 3/31/2021. She emailed Principal Morgan Howell many times to prove her quality for the job and ask him to ask questions about her quality for the job. Principal Morgan Howell did not respond to plaintiff's emails. Defendant reposted the position on 5/24/2021 to search for an applicant whom defendant prefers. Plaintiff found the position was taken down on July 6, 2021. Principal Morgan Howell is so determined to keep a Chinese out of his school.

Defendant violates Title VII for its absolute not hiring plaintiff who is a Chinese.

1. Plaintiff Wei Qiu is an American citizen with origin of China. She is an excellent chemistry teacher and highly Praxis qualified to teach physics and math. She will be licensed for physics when she teaches physics by related Kentucky policy. She is qualified for defendant's physics position.

2. She applied for the AP physics position in spring 2020, and she got nothing for her application – not interviewed. Around school started, the job was reposted. Plaintiff contacted Mr. Garet Wells for the position, and she got nothing again. By defendant ' s position with EEOC, the position was withdrawn without being filled. Defendant does not like to hire a Chinese.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
12/15/2021

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   05/17/2022   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

150,000$, lost wage
60,000$, lost benefit

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              06/29/2022

Signature of Plaintiff      Wei Qiu    *Wei Qiu*

Printed Name of Plaintiff    Wei Qiu    *Wei Qiu*

### B.    For Attorneys

2398 Heather Way
Lexington KY 40503
859 997 3859
wqiu2000@gmail.com

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address