UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| WEI QIU, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 5: 22-196-DCR |
| | ) |
| V. | ) |
| | ) |
| BOARD OF EDUCATION OF | )   **JUDGMENT** |
| WOODFORD COUNTY PUBLIC | ) |
| SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Board of Education of Woodford County Public Schools with respect to the issues raised in this proceeding.

2. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

Dated: September 27, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky